# Court of Appeals
# of the State of Georgia

ATLANTA,  May 17, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0433.  J. T. REAL ESTATE HOLDINGS, INC. v. CHONDRITE REO, LLC.**

In this dispossessory action brought by Chondrite REO, LLC, against J. T. Real Estate Holdings, Inc., the state court issued a writ of possession in favor of Chondrite on April 9, 2018.  J. T. Real Estate sought discretionary appeal of this order on April 20, 2018.  We lack jurisdiction because the application is untimely.

Generally, an application for discretionary appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA §5-6-35 (d).  But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure.  *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter here is a dispossessory action. OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).  Because J. T. Real Estate's application was filed 11 days after the state court's order was entered, this application is untimely.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,  05/17/2018*

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*